FILED IN CHAMBERS
U.S.D.C. - Rome
OCT 11 2012
JAMES N. HATTEN, Clerk
       Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 4:12-CR-00009-RLV-7 |
| MAURICE JAMMOROW BEAVERS, | |
| Defendant. | |

ORDER

After carefully considering the report and recommendation of the magistrate judge, the court receives it with approval and adopts it as the opinion and order of this court.

SO ORDERED, this 11th day of October, 2012.

_____
ROBERT L. VINING, JR.
Senior United States District Judge